EDITH F. EDELMANN, Respondent, v. GEORGE F. EDELMANN, Appellant.

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

FROMER DISTRIBUTORS, INC., Appellant, v. BANKERS TRUST COMPANY et al., Respondents-Appellants.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.